No. D–498.  IN RE DISBARMENT OF SLONE.  Harold G. Slone, of New York, N. Y., having requested to resign as a member of

the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on June 3, 1985 [471 U. S. 1134], is hereby discharged.